**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2024
MAY 13, 2025 SESSION



FILED

MAY 1 3 2025

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                                  CRIMINAL NO. 2:25-cr-00094
                                    18 U.S.C. § 2252A(a)(5)(B)
                                    18 U.S.C. § 2252A(b)(2)

GREGORY NEAL HAGER

## I N D I C T M E N T

The Grand Jury Charges:

On or about December 7, 2023, at or near Madison, Boone County, West Virginia, and within the Southern District of West Virginia, defendant GREGORY NEAL HAGER did knowingly possess material, that is, computer graphic image files, containing images of child pornography, as defined in 18 U.S.C. § 2256(8)(A), which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE

In accordance with 18 U.S.C. § 2253(a) and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised on the conviction of defendant GREGORY NEAL HAGER of a violation of 18 U.S.C. § 2252A, as set forth in this single-count Indictment, the defendant shall forfeit to the United States any visual depictions and any books, magazines, periodicals, films, videotapes, and other matter which contains such visual depictions, which were produced, transported, mailed, shipped, or received in connection with the violation set forth in this Indictment, any real and personal property constituting or traceable to gross profits or other proceeds obtained from the violation set forth in this Indictment, and any real and personal property used or intended to be used to commit or to promote the commission of the violation set forth in this Indictment, including but not limited to the PNY Elite PSSD 480GB external drive seized on or about December 7, 2023.

LISA G. JOHNSTON
Acting United States Attorney

By: _____

LESLEY SHAMBLIN
Assistant United States Attorney