IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:25-00094

GREGORY NEAL HAGER

<u>**MEMORANDUM OPINION AND ORDER**</u>

Pending before the court is the motion of Gregory Neal
Hager to continue the trial and all related pretrial deadlines
in this matter.  (ECF No. 29.)  In support of defendant's
motion, counsel for defendant explains that additional time is
needed to review and evaluate the discovery materials, conduct
appropriate investigation, consult with the defendant regarding
the same, and give due consideration to pretrial motions,
potential plea negotiations, and other case strategy.  The
government does not object to a continuance.

Because failure to grant the requested continuance would
likely result in a miscarriage of justice, the court finds that
the ends of justice outweigh the interest of the defendant and
the public in a speedy trial, <u>see</u> 18 U.S.C. § 3161(h)(7)(A), and
**GRANTS** defendant's motion to continue.  In deciding to grant
defendant's motion, the court considered the factors outlined in
18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion
"would deny counsel for the defendant . . . the reasonable time
necessary for effective preparation, taking into account the

exercise of due diligence."  Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:

1.   The deadline for the filing of pretrial motions is continued to July 31, 2025;

2.   The Pretrial Motions Hearing is continued to August 12, 2025, at 2:30 p.m. in Charleston;

3.   Jury Instructions and Proposed Voir Dire are due by August 28, 2025;

4.   Trial of this action is continued to September 9, 2025, at 9:30 a.m. in Charleston; and

5.   Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 27th day of June, 2025.

ENTER:

David A. Faber
Senior United States District Judge

2