```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                             CRIMINAL NO. 2:25-00094

GREGORY NEAL HAGER

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's renewed motion to modify bond conditions, asking that he be allowed to access his garage and driveway.  See ECF No. 50.  The court has consulted with the probation office regarding defendant's motion and has been informed that the location monitoring equipment does not have the capability needed for the court to grant defendant's motion.  Therefore, the motion is **DENIED**.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record, the United States Marshal for the Southern District of West Virginia, and the Probation Department of this court.

**IT IS SO ORDERED** this 24th day of October, 2025.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge