**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA CHARLESTON**

**UNITED STATES OF AMERICA**

**v.** **CRIMINAL NO. 2:25-cr-00094**

**GREGORY NEAL HAGER**

# AGREED NOTICE OF ABANDONMENT

Comes now the United States of America, by counsel Lesley Shamblin, Assistant United States Attorney for the Southern District of West Virginia, and GREGORY NEAL HAGER, defendant, by counsel Wesley P. Page, Federal Public Defender, and hereby give notice that the United States will not pursue forfeiture of the following assets:

1. a PNY Elite PSSD 480GB external drive seized on or about December 7, 2023.

Defendant, GREGORY NEAL HAGER, hereby agrees to release, relinquish, waive, or abandon to the United States or to the State of West Virginia any and all rights, titles, and interests he may have in the PNY Elite PSSD 480GB external drive listed above.

Defendant further agrees that the property referenced to herein will be destroyed, or otherwise disposed of by federal, state, or local law enforcement officers according to law. Accordingly, there is no need for any further order of forfeiture regarding this asset.

Dated this 25th day of March 2026.

**NOTICE PREPARED BY:**

s/ Lesley Shamblin
LESLEY SHAMBLIN
Assistant United States Attorney
WV State Bar No. 12975
300 Virginia Street, East, Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: Lesley.Shamblin@usdoj.gov

**SEEN AND AGREED TO**:

/s/Wesley P. Page
WESLEY P. PAGE
Federal Public Defender
Federal Public Defender's Office
300 Virginia Street, East, Room 3400
Charleston, WV 25301
Phone: 304-347-3350
Fax: 304-347-3356
E-mail: wesley_page@fd.org
*Counsel for Defendant*