IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 2:25-00094

GREGORY NEAL HAGER

## MEORANDUM OPINION AND ORDER

A restitution hearing is scheduled in this matter for August 18, 2026, in Charleston.  Defendant having filed a written waiver of any right he has to be present at that proceeding, see ECF No. 73, the court **ORDERS** that defendant's presence is not required.  See United States v. Wyatt, 9 F.4th 440, 454 (7th Cir. 2021) (holding that defendant's presence was not required for entry of restitution order).

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record, the United States Marshal for the Southern District of West Virginia, and the Probation Department of this court.

**IT IS SO ORDERED** this 12th day of August, 2026.

ENTER:

David A. Faber
Senior United States District Judge