IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v. CRIMINAL NO. 2:25-00094

GREGORY NEAL HAGER

**MEORANDUM OPINION AND ORDER**

Given that defendant does not oppose the restitution amount sought in this matter, see ECF No. 75, the restitution hearing scheduled in this matter for August 18, 2026, is **CANCELLED.**

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record, the United States Marshal for the Southern District of West Virginia, and the Probation Department of this court.

**IT IS SO ORDERED** this 18th day of August, 2026.

ENTER:

David A. Faber
Senior United States District Judge