IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v. CRIMINAL NO. 2:25-00094

GREGORY NEAL HAGER

**MEORANDUM OPINION AND ORDER**

Pending before the court is the government's motion to amend the judgment order and to cancel hearing on restitution. See ECF No. 75. Given that defendant does not oppose the restitution amount sought in this matter, that motion is **GRANTED**. An amended judgment order will be entered forthwith. The restitution hearing was cancelled by separate order.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record, the United States Marshal for the Southern District of West Virginia, and the Probation Department of this court.

**IT IS SO ORDERED** this 19th day of August, 2026.

ENTER:

David A. Faber
Senior United States District Judge